THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Larry W. Chae, State Bar No. 268979
750 B Street, Suite 1950
San Diego, California 92101
Telephone: (619) 374-4100
Facsimile: (619) 231-9040

Attorneys for Plaintiff(s) DIANNE SEVILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO BRANCH

| | |
|---|---|
| DIANNE SEVILLA,<br><br>    Plaintiff(s),<br><br>vs.<br><br>GENERAL MOTORS, LLC, and DOE 1 through DOE 10 inclusive,<br><br>    Defendant(s), | Case No. CV11-2007 JCS<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: September 13, 2011

By: _____
LARRY CHAE
THE BICKEL LAW FIRM, INC.
Attorneys for Plaintiff(s), DIANNE SEVILLA

DATED:

By: _____
RON AKASAKA
RUBEN & SJOLANDER
Attorneys for Defendant(s),
GENERAL MOTORS, LLC

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 9/14/2011 — IT IS SO ORDERED — Judge Joseph C. Spero]

1
STIPULATION OF DISMISSAL