THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Larry W. Chae, State Bar No. 268979
750 B Street, Suite 1950
San Diego, California 92101
Telephone:    (619) 374-4100
Facsimile:    (619) 231-9040

Attorneys for Plaintiff(s) DIANNE SEVILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO BRANCH

| | |
|---|---|
| DIANNE SEVILLA,<br><br>                    Plaintiff(s),<br><br>        vs.<br><br>GENERAL MOTORS, LLC, and DOE 1<br>through DOE 10 inclusive,<br><br>                    Defendant(s), | Case No. CV11-2007 JCS<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: September 13 , 2011         By: _____
                                        LARRY CHAE
                                        THE BICKEL LAW FIRM, INC.
                                        Attorneys for Plaintiff(s), DIANNE
                                        SEVILLA

DATED:                             By: _____
                                        RON AKASAKA
                                        RUBEN & SJOLANDER
                                        Attorneys    for    Defendant(s),
                                        GENERAL MOTORS, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
9/14/2011
IT IS SO ORDERED
Judge Joseph C. Spero